UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 4, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                )
            Plaintiff, )       CASE NUMBER: 2:15-MJ-0024 KJN
v. )
                                )       ORDER FOR RELEASE
                                )       OF PERSON IN CUSTODY
ALEX BUDEANU, )
                                )
           Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Alex Budeanu</u>; Case <u>2:15-mj-00024-KJN</u> from custody and for the following reasons:

     \_     Release on Personal Recognizance

     \_     Bail Posted in the Sum of _____

     X     Unsecured Appearance Bond in the amount of <u>$25,000.00</u>; cosigned by defendant's friend, Nick Girurar, and daughter, Jessica Buling

     \_     Appearance Bond with 10% Deposit

     \_     Appearance Bond secured by Real Property

     \_     Corporate Surety Bail Bond

     X     (Other) <u>Pretrial Supervision/Conditions:</u>

Issued at <u>Sacramento, CA</u> on <u>2/4/2015</u> at 2:15 pm

By _____
Kendall J. Newman
United States Magistrate Judge